Case No. 1:08-cv-240 SLR

5/19/08

To - Clerk

From - Kevin Epperson

Dear Clerk of the Court
I'am writing to you to find out in what stage my case is in. It would be a blessing to know the information. Please send me a court docket

c/c    Thank you for your time
       Kevin Epperson.



## Certificate of Service

I, _Kevin Epperson_, hereby certify that I have served a true And correct cop(ies) of the attached: _Letter asking Clerk about status of my case_ upon the following parties/person (s):

TO: _Office of Clerk_       TO: _____
_United States District ct_  _____
_844 N King St Lockerbox 18_ _____
_Wilm, Del 19801_            _____

TO: _____          TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _19_ day of _May_, 200_8_

_Kevin Epperson_

IM Kevin Epperson
SBI# 156512 UNIT C Bldg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk
United States District Court
844 N. King Street Lockerbox 18
Wilmington De
19801

