OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 21, 2008

TO:

**Kevin S. Epperson**
SBI #156562
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

```
    RE:  STATUS OF CASE
         CA 08-240 SLR
```

Dear Mr. Epperson:

   This is in response to your letter received 5/21/08 requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson and is pending before the Court.  You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet