In The United States District Court
For the District of Delaware

Kevin S Epperson          case no. 1:08 cv 240
Appellee - Plaintiff      Civ no. 08-240 SLR

v

Perry Phelps Warden and
Attorney General of
the state of Delaware
Defendants

## Notice of Appeal

Comes now Kevin S Epperson Plaintiff requesting to Appeal District Court's decision 6/4/08 to the United States Court of Appeals.

Respectfully
Kevin Epperson

2008 JUN 11 PM 3:00

## Certificate of Service

I Kevin S Epperson hereby certify that I have served a true and correct copy of the attached notice of Appeal

To - Clerk of the Court
   United States Court of Appeals
   21400 U.S. Court House
   601 Market Street
   Philadelphia Pa 19106

To - District Court Clerk
   844 N King St lock box 18
   Wilmington Delaware 19801

By Placing same in a sealed envelope and depositing same in the United States Mail at the Delaware Corr Center Smyrna DE 19977

On this __8th__ day of __June__
2008

c/c

Kevin Epperson

I/M Kevin Epperson
SBI# 156562 UNIT CRIclg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail
District Court
Clerk of the Court
844 King Street
Lock box 18
Wilm Del 19801