United States Court of Appeals

| | |
|---|---|
| Kevin S Epperson<br>Apellee-Plaintiff | case no. 1:08 cv 240<br>civ no. 08-240 SLR |
| v | |
| Perry Phelps, Warden and<br>Attorney General of<br>the State of Delaware<br>Defendants | |


RECEIVED JUN 10 2008 U.S.C.A. 3rd

## Notice of Appeal

Comes now Kevin S Epperson, Plaintiff requesting to Appeal District Court's decision 6/4/08 to the United States Court of Appeals.

Respectfully,
Kevin Epperson

## Certificate of Service

I, Kevin Epperson, hereby certify that I have served a true And correct cop(ies) of the attached: Notice of Appeal _____ upon the following parties/person (s):

TO: Clerk of the Court
U.S. Court of Appeals
21400 U.S. Court House
601 Market Street
Philadelphia Pa 19106

TO: _____

TO: Clerk of Court
District Court
844 N. King st
lock box 18
Wilm DE 19801

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this  8th  day of  June  ,200 8

Kevin Epperson

I/M Kevin Epperson
SBI# 156562   UNIT C Bldg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Legal X-RAY

Clerk of the Court
United States Court of Appeals
21400 U.S. Court House
601 Market Street
Philadelphia Pa 19106

RECEIVED JUN 10 2008 U.S. C.A. 3rd

19106+1729 C019

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 17, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Epperson v. Phelps
D. Del. No. (08-cv-00240)

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 6/4/08 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in prison mail on June 8, 2008 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Chiquita Dyer
    Legal Assistant

Enclosure
cc: Kevin S. Epperson (w/out enclosure)