FPS-381                                                               July 2, 2008

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-2715

Epperson v. Phelps

To:  Clerk

1) Motion by Appellant for leave to appeal in forma pauperis

2) Motion by Appellant for Extension of time to file Prisoner Account Statement

---

The foregoing motion to proceed in forma pauperis is granted. No action will be taken on the motion for extension of time as it is unnecessary.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated:  July 3, 2008
ISC/cc: Kevin S. Epperson
        Elizabeth R. McFarlan, Esq.